# EXHIBIT B

**EFiled: Dec 11 2024 09:47AM EST**
**Transaction ID 75280492**
**Case No. 2024-1264-**

**MELUNEY**
**ALLEMAN &**
**SPENCE** LLC

William M. Alleman
1413 Savannah Road, Suite
Lewes, DE 19
Direct Dial: 302-551-6
bill.alleman@maslawde.com

December 6, 2024

**VIA FILE & SERVEXPRESS**

*12.10.24 — Issued (2) 6 Del C 17-109 to special process server and (10) copies. Issued (3) 6 Del C 17-105 to special process server and (3) copies. Issued (2) 10 Del C 3104 to special process server and (2) copies*

Tamara Burton
Register in Chancery
New Castle County Courthouse
500 North King Street
Wilmington, Delaware 19801

Re:    *Young Women's Christian Association of Rochester and Monroe County v. Hatteras Funds, LP, et al.*, C.A. No. 2024-1264-JTL

Dear Ms. Burton:

Pursuant to Rule 4(b) and (c) of the Rules of the Delaware Court of Chancery and 6 *Del. C.* § 17-105, 6 *Del. C.* § 17-109, and 10 *Del. C.* § 3104, Plaintiff Young Women's Christian Association of Rochester and Monroe County hereby request that the Register issue seven (7) Summonses, which our office will prepare and send to the Register, to DLS Discovery, LLC, for the purpose of serving Defendants Hatteras Investment Partners, LP, David B. Perkins, H. Alexander Holmes, Steven E. Moss, Gregory S. Sellers, Thomas Mann, Beneficient, Bradley K. Heppner, and nominal defendants Hatteras Core Alternatives TEI Institutional Fund, L.P. and Hatteras Master Fund, L.P.  The name and address of the defendants to be summoned are as follows:

Register in Chancery
December 6, 2024
Page 2

<u>Pursuant to 6 *Del. C.* § 17-105</u>

Hatteras Investment Partners, LP
c/o The Corporation Trust Company, as registered agent
1209 Orange Street
Wilmington, DE 19801

Hatteras Core Alternatives TEI Institutional Fund, L.P.
c/o The Corporation Trust Company, as registered agent
1209 Orange Street
Wilmington, DE 19801

Hatteras Master Fund, L.P.
c/o The Corporation Trust Company, as registered agent
1209 Orange Street
Wilmington, DE 19801

<u>Pursuant to 6 *Del. C.* § 17-109</u>

David B. Perkins
H. Alexander Holmes
Steven E. Moss
Gregory S. Sellers
Thomas Mann
c/o The Corporation Trust Company, as registered agent for
 Hatteras Core Alternatives TEI Institutional Fund, L.P.
1209 Orange Street
Wilmington, DE 19801

David B. Perkins
H. Alexander Holmes
Steven E. Moss
Gregory S. Sellers
Thomas Mann
c/o The Corporation Trust Company, as registered agent for
 Hatteras Master Fund, L.P.
1209 Orange Street
Wilmington, DE 19801

Register in Chancery
December 6, 2024
Page 3

<u>Pursuant to 10 *Del. C.* § 3104</u>

Beneficient
c/o Capitol Corporate Services, Inc., as registered agent
716 N. Carson St., #B
Carson City, NV 89701

Bradley K. Heppner
112 North Curry Street
Carson City, NV 89703

    Please contact me when the summonses are ready to be picked up.  I am

available should you have any questions.

        Respectfully Submitted,

        MELUNEY ALLEMAN & SPENCE, LLC

        */s/ William M. Alleman, Jr.*

        William M. Alleman, Jr. (No. 5449)

        Words: 317 / 1,000



## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY, | |
| Plaintiff, | C.A. No. 2024-1264-JTL |
| v. | |
| HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER, | Summons Pursuant to 6 *Del. C.* § 17-109 |
| Defendants, | |
| -and- | |
| HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., | |
| Nominal Defendants. | |

**THE STATE OF DELAWARE**

**TO:   SPECIAL PROCESS SERVER – DLS DISCOVERY, LLC:**

**YOU ARE COMMANDED**:

To summon the above-named individual defendants, David B. Perkins, H. Alexander Holmes, Steven E. Moss, Gregory S. Sellers, and Thomas Mann pursuant to 6 *Del. C.* § 17-109 through service upon Hatteras Core Alternatives TEI Institutional Fund, L.P., a Delaware limited partnership, by serving its registered agent Corporation Trust Company, which is designated for service of process in Delaware, so that, within the time permitted by 6 *Del. C.* § 17-109, exclusive

of the day of service, defendants shall serve upon William M. Alleman, Jr., Esquire, Plaintiff's counsel, whose address is 1143 Savannah Rd., Suite 3-A, Lewes, Delaware 19958, an answer to the verified derivative class action complaint.

To serve upon defendants a copy hereof, a copy of 6 *Del. C.* § 17-109, and a copy of the complaint.

**TO THE ABOVE-NAMED DEFENDANTS:**

In case of your failure, within the time permitted by 6 *Del. C.* § 17-109 *, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default may be rendered against you for the relief demanded in the complaint.

Dated: December 1.1. 2024

_____
Register in Chancery

*The text of 6 *Del. C.* § 17-109 is set out at the bottom of this Summons

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

YOUNG WOMEN'S CHRISTIAN
ASSOCIATION OF ROCHESTER AND
MONROE COUNTY,

              Plaintiff,

      v.

HATTERAS FUNDS, LP, HATTERAS
INVESTMENT PARTNERS, LP, DAVID
B. PERKINS, H. ALEXANDER HOLMES,
STEVEN E. MOSS, GREGORY S.
SELLERS, THOMAS MANN,
BENEFICIENT, and BRADLEY K.
HEPPNER,

             Defendants,

      -and-

HATTERAS MASTER FUND, L.P., and
HATTERAS CORE ALTERNATIVES TEI
INSTITUTIONAL FUND, L.P.,

          Nominal Defendants.

C.A. No. 2024-1264-JTL

Summons
Pursuant to 6 *Del. C.* § 17-109

## **SUMMONS**

Please effectuate service upon:

David B. Perkins
H. Alexander Holmes
Steven E. Moss
Gregory S. Sellers
Thomas Mann

c/o The Corporation Trust Company, as registered agent for
      Hatteras Core Alternatives TEI Institutional Fund, L.P.
1209 Orange Street
Wilmington, DE 19801

Pursuant to 6 *Del. C.* § 17-109

## SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER – DLS DISCOVERY, LLC

## William M. Alleman, Jr., Esquire
Plaintiff's Attorney

**§ 17-109. Service of process on partners and liquidating trustees.**

(a) A general partner or a liquidating trustee of a limited partnership may be served with process in the manner prescribed in this section in all civil actions or proceedings brought in the State of Delaware involving or relating to the business of the limited partnership or a violation by the general partner or the liquidating trustee of a duty to the limited partnership, or any partner of the limited partnership, whether or not the general partner or the liquidating trustee is a general partner or a liquidating trustee at the time suit is commenced. The filing in the Office of the Secretary of State of a certificate of limited partnership executed, and the execution thereof, by a resident or nonresident of the State of Delaware which names such person as a general partner or a liquidating trustee of a limited partnership, or the acceptance by a general partner or a liquidating trustee after August 1, 1999, of election or appointment as a general partner or a liquidating trustee of a limited partnership, or a general partner or a liquidating trustee of a limited partnership serving in such capacity after August 1, 1999, constitute such person's consent to the appointment of the registered agent of the limited partnership (or, if there is none, the Secretary of State) as such person's agent upon whom service of process may be made as provided in this section. Such execution and filing, or such acceptance or service, shall signify the consent of such general partner or liquidating trustee that any process when so served shall be of the same legal force and validity as if served upon such general partner or liquidating trustee within the State of Delaware and such appointment of the registered agent (or, if there is none, the Secretary of State) shall be irrevocable.

(b) Service of process shall be effected by serving the registered agent (or, if there is none, the Secretary of State) with 1 copy of such process in the manner provided by law for service of writs of summons. In the event service is made under this subsection upon the Secretary of State, the plaintiff shall pay to the Secretary of State the sum of $50 for the use of the State of Delaware, which sum shall be taxed as part of the costs of the proceeding if the plaintiff shall prevail therein. In addition, the Prothonotary or the Register in Chancery of the court in which the civil action or proceeding is pending shall, within 7 days of such

service, deposit in the United States mails, by registered mail, postage prepaid, true and attested copies of the process, together with a statement that service is being made pursuant to this section, addressed to such general partner or liquidating trustee at the same address that appears in the certificate of limited partnership of the limited partnership, or, if no such address appears, at his or her address last known to the party desiring to make such service.

(c) In any action in which any such general partner or liquidating trustee has been served with process as hereinabove provided, the time in which a defendant shall be required to appear and file a responsive pleading shall be computed from the date of mailing by the Prothonotary or the Register in Chancery as provided in subsection (b) of this section; however, the Court in which such action has been commenced may order such continuance or continuances as may be necessary to afford such general partner or liquidating trustee reasonable opportunity to defend the action.

(d) In a written partnership agreement or other writing, a partner may consent to be subject to the nonexclusive jurisdiction of the courts of, or arbitration in, a specified jurisdiction, or the exclusive jurisdiction of the courts of the State of Delaware, or the exclusivity of arbitration in a specified jurisdiction or the State of Delaware, and to be served with legal process in the manner prescribed in such partnership agreement or other writing. Except by agreeing to arbitrate any arbitrable matter in a specified jurisdiction or in the State of Delaware, a limited partner may not waive its right to maintain a legal action or proceeding in the courts of the State of Delaware with respect to matters relating to the organization or internal affairs of a limited partnership.

(e) Nothing herein contained limits or affects the right to serve process in any other manner now or hereafter provided by law. This section is an extension of and not a limitation upon the right otherwise existing of service of legal process upon nonresidents.

(f) The Court of Chancery and the Superior Court may make all necessary rules respecting the form of process, the manner of issuance and return thereof and such other rules which may be necessary to implement this section and are not inconsistent with this section.



## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY, | |
| Plaintiff, | C.A. No. 2024-1264-JTL |
| v. | |
| HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER, | Summons Pursuant to 6 *Del. C.* § 17-109 |
| Defendants, | |
| -and- | |
| HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., | |
| Nominal Defendants. | |

**THE STATE OF DELAWARE**

**TO:   SPECIAL PROCESS SERVER – DLS DISCOVERY, LLC:**

**YOU ARE COMMANDED:**

To summon the above-named individual defendants, David B. Perkins, H. Alexander Holmes, Steven E. Moss, Gregory S. Sellers, and Thomas Mann pursuant to 6 *Del. C.* § 17-109 through service upon Hatteras Master Fund, L.P. a Delaware limited partnership, by serving its registered agent Corporation Trust Company, which is designated for service of process in Delaware, so that, within the time permitted by 6 *Del. C.* § 17-109, exclusive of the day of service,

defendants shall serve upon William M. Alleman, Jr., Esquire, Plaintiff's counsel, whose address is 1143 Savannah Rd., Suite 3-A, Lewes, Delaware 19958, an answer to the verified derivative class action complaint.

To serve upon defendants a copy hereof, a copy of 6 *Del. C.* § 17-109, and a copy of the complaint.

**TO THE ABOVE-NAMED DEFENDANTS**:

In case of your failure, within the time permitted by 6 *Del. C.* § 17-109 *, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default may be rendered against you for the relief demanded in the complaint.

Dated: December 11, 2024

_____
Register in Chancery

*The text of 6 *Del. C.* § 17-109 is set out at the bottom of this Summons

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

YOUNG WOMEN'S CHRISTIAN
ASSOCIATION OF ROCHESTER AND
MONROE COUNTY,

                Plaintiff,

      v.

HATTERAS FUNDS, LP, HATTERAS
INVESTMENT PARTNERS, LP, DAVID
B. PERKINS, H. ALEXANDER HOLMES,
STEVEN E. MOSS, GREGORY S.
SELLERS, THOMAS MANN,
BENEFICIENT, and BRADLEY K.
HEPPNER,

                Defendants,

       -and-

HATTERAS MASTER FUND, L.P., and
HATTERAS CORE ALTERNATIVES TEI
INSTITUTIONAL FUND, L.P.,

                Nominal Defendants.

C.A. No. 2024-1264-JTL

Summons
Pursuant to 6 *Del. C.* § 17-109

## **SUMMONS**

Please effectuate service upon:

David B. Perkins
H. Alexander Holmes
Steven E. Moss
Gregory S. Sellers
Thomas Mann

c/o The Corporation Trust Company, as registered agent for
     Hatteras Master Fund, L.P.
1209 Orange Street
Wilmington, DE 19801

Pursuant to 6 *Del. C.* § 17-109

SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER –
**DLS DISCOVERY, LLC**

William M. Alleman, Jr., Esquire
Plaintiff's Attorney

**§ 17-109. Service of process on partners and liquidating trustees.**

(a) A general partner or a liquidating trustee of a limited partnership may be served with process in the manner prescribed in this section in all civil actions or proceedings brought in the State of Delaware involving or relating to the business of the limited partnership or a violation by the general partner or the liquidating trustee of a duty to the limited partnership, or any partner of the limited partnership, whether or not the general partner or the liquidating trustee is a general partner or a liquidating trustee at the time suit is commenced. The filing in the Office of the Secretary of State of a certificate of limited partnership executed, and the execution thereof, by a resident or nonresident of the State of Delaware which names such person as a general partner or a liquidating trustee of a limited partnership, or the acceptance by a general partner or a liquidating trustee after August 1, 1999, of election or appointment as a general partner or a liquidating trustee of a limited partnership, or a general partner or a liquidating trustee of a limited partnership serving in such capacity after August 1, 1999, constitute such person's consent to the appointment of the registered agent of the limited partnership (or, if there is none, the Secretary of State) as such person's agent upon whom service of process may be made as provided in this section. Such execution and filing, or such acceptance or service, shall signify the consent of such general partner or liquidating trustee that any process when so served shall be of the same legal force and validity as if served upon such general partner or liquidating trustee within the State of Delaware and such appointment of the registered agent (or, if there is none, the Secretary of State) shall be irrevocable.

(b) Service of process shall be effected by serving the registered agent (or, if there is none, the Secretary of State) with 1 copy of such process in the manner provided by law for service of writs of summons. In the event service is made under this subsection upon the Secretary of State, the plaintiff shall pay to the Secretary of State the sum of $50 for the use of the State of Delaware, which sum shall be taxed as part of the costs of the proceeding if the plaintiff shall prevail therein. In addition, the Prothonotary or the Register in Chancery of the court in which the civil action or proceeding is pending shall, within 7 days of such

service, deposit in the United States mails, by registered mail, postage prepaid, true and attested copies of the process, together with a statement that service is being made pursuant to this section, addressed to such general partner or liquidating trustee at the same address that appears in the certificate of limited partnership of the limited partnership, or, if no such address appears, at his or her address last known to the party desiring to make such service.

(c) In any action in which any such general partner or liquidating trustee has been served with process as hereinabove provided, the time in which a defendant shall be required to appear and file a responsive pleading shall be computed from the date of mailing by the Prothonotary or the Register in Chancery as provided in subsection (b) of this section; however, the Court in which such action has been commenced may order such continuance or continuances as may be necessary to afford such general partner or liquidating trustee reasonable opportunity to defend the action.

(d) In a written partnership agreement or other writing, a partner may consent to be subject to the nonexclusive jurisdiction of the courts of, or arbitration in, a specified jurisdiction, or the exclusive jurisdiction of the courts of the State of Delaware, or the exclusivity of arbitration in a specified jurisdiction or the State of Delaware, and to be served with legal process in the manner prescribed in such partnership agreement or other writing. Except by agreeing to arbitrate any arbitrable matter in a specified jurisdiction or in the State of Delaware, a limited partner may not waive its right to maintain a legal action or proceeding in the courts of the State of Delaware with respect to matters relating to the organization or internal affairs of a limited partnership.

(e) Nothing herein contained limits or affects the right to serve process in any other manner now or hereafter provided by law. This section is an extension of and not a limitation upon the right otherwise existing of service of legal process upon nonresidents.

(f) The Court of Chancery and the Superior Court may make all necessary rules respecting the form of process, the manner of issuance and return thereof and such other rules which may be necessary to implement this section and are not inconsistent with this section.



# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY, | |
| Plaintiff, | C.A. No. 2024-1264-JTL |
| v. | |
| HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER, | Summons Pursuant to 6 *Del. C.* § 17-105 |
| Defendants, | |
| -and- | |
| HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., | |
| Nominal Defendants. | |

**THE STATE OF DELAWARE**

**TO: SPECIAL PROCESS SERVER – DLS DISCOVERY, LLC:**

**YOU ARE COMMANDED:**

    To summon the above-named defendant Hatteras Investment Partners, LP, pursuant to 6 *Del. C.* § 17-105 so that, within 20 days after service hereof upon said defendant, exclusive of the day of service, defendant shall serve upon William M. Alleman, Jr., Esquire, Plaintiff's counsel, whose address is 1143 Savannah Rd., Suite 3-A, Lewes, Delaware 19958, an answer to the verified derivative and class action

complaint.

To serve upon defendant a copy hereof and a copy of the complaint.

**TO THE ABOVE-NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated: December 11 2024

_____
Register in Chancery

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY, | |
| Plaintiff, | C.A. No. 2024-1264-JTL |
| v. | |
| HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER, | Summons Pursuant to 6 *Del. C.* § 17-105 |
| Defendants, | |
| -and- | |
| HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., | |
| Nominal Defendants. | |

## <u>SUMMONS</u>

Please effectuate service upon:

Hatteras Investment Partners, LP
  c/o The Corporation Trust Company, as registered agent
1209 Orange Street
Wilmington, DE 19801

Pursuant to 6 *Del. C.* § 17-105

<u>SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER</u> –
**DLS DISCOVERY, LLC**

<u>William M. Alleman, Jr., Esquire</u>
Plaintiff's Attorney



## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY,<br><br>    Plaintiff,<br><br>    v.<br><br>HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER,<br><br>    Defendants,<br><br>    -and-<br><br>HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P.,<br><br>    Nominal Defendants. | C.A. No. 2024-1264-JTL<br><br><br>Summons<br>Pursuant to 6 *Del. C.* § 17-105 |

**THE STATE OF DELAWARE**

**TO: SPECIAL PROCESS SERVER – DLS DISCOVERY, LLC:**

**YOU ARE COMMANDED**:

  To summon the above-named defendant, Hatteras Core Alternatives TEI Institutional Fund, L.P. pursuant to 6 *Del. C.* § 17-105 so that, within 20 days after service hereof upon said defendant, exclusive of the day of service, defendants shall serve upon William M. Alleman, Jr., Esquire, Plaintiff's counsel, whose address is 1143 Savannah Rd., Suite 3-A, Lewes, Delaware 19958, an

answer to the verified derivative and class action complaint.

To serve upon defendant a copy hereof and a copy of the complaint.

**TO THE ABOVE-NAMED DEFENDANT**:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated: December 11, 2024

_____
Register in Chancery

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

YOUNG WOMEN'S CHRISTIAN
ASSOCIATION OF ROCHESTER AND
MONROE COUNTY,

    Plaintiff,

  v.

HATTERAS FUNDS, LP, HATTERAS
INVESTMENT PARTNERS, LP, DAVID
B. PERKINS, H. ALEXANDER HOLMES,
STEVEN E. MOSS, GREGORY S.
SELLERS, THOMAS MANN,
BENEFICIENT, and BRADLEY K.
HEPPNER,

    Defendants,

  -and-

HATTERAS MASTER FUND, L.P., and
HATTERAS CORE ALTERNATIVES TEI
INSTITUTIONAL FUND, L.P.,

    Nominal Defendants.

C.A. No. 2024-1264-JTL

Summons
Pursuant to 6 *Del. C.* § 17-105

## <u>SUMMONS</u>

Please effectuate service upon:

Hatteras Core Alternatives TEI Institutional Fund, L.P.
 c/o The Corporation Trust Company, as registered agent
1209 Orange Street
Wilmington, DE 19801

Pursuant to 6 *Del. C.* § 17-105

<u>SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER</u> –
**DLS DISCOVERY, LLC**

<u>William M. Alleman, Jr., Esquire</u>
Plaintiff's Attorney



## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY, | |
| Plaintiff, | C.A. No. 2024-1264-JTL |
| v. | |
| HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER, | Summons Pursuant to 6 *Del. C.* § 17-105 |
| Defendants, | |
| -and- | |
| HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., | |
| Nominal Defendants. | |

## THE STATE OF DELAWARE

## TO:  SPECIAL PROCESS SERVER – DLS DISCOVERY, LLC:

## YOU ARE COMMANDED:

To summon the above-named defendant, Hatteras Master Fund, L.P. pursuant to 6 *Del. C.* § 17-105 so that, within 20 days after service hereof upon said defendant, exclusive of the day of service, defendants shall serve upon William M. Alleman, Jr., Esquire, Plaintiff's counsel, whose address is 1143 Savannah Rd., Suite 3-A, Lewes, Delaware 19958, an answer to the derivative and

class action complaint.

To serve upon defendant a copy hereof and a copy of the complaint.

**TO THE ABOVE-NAMED DEFENDANT**:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated: _December 11_, 2024

_____
Register in Chancery

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

YOUNG WOMEN'S CHRISTIAN
ASSOCIATION OF ROCHESTER AND
MONROE COUNTY,

               Plaintiff,

         v.

HATTERAS FUNDS, LP, HATTERAS
INVESTMENT PARTNERS, LP, DAVID
B. PERKINS, H. ALEXANDER HOLMES,
STEVEN E. MOSS, GREGORY S.
SELLERS, THOMAS MANN,
BENEFICIENT, and BRADLEY K.
HEPPNER,

             Defendants,

       -and-

HATTERAS MASTER FUND, L.P., and
HATTERAS CORE ALTERNATIVES TEI
INSTITUTIONAL FUND, L.P.,

          Nominal Defendants.

C.A. No. 2024-1264-JTL

Summons
Pursuant to 6 *Del. C.* § 17-105

## **SUMMONS**

Please effectuate service upon:

Hatteras Master Fund, L.P.
    c/o The Corporation Trust Company, as registered agent
1209 Orange Street
Wilmington, DE 19801
Pursuant to 6 *Del. C.* § 17-105

SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER –
**DLS DISCOVERY, LLC**

William M. Alleman, Jr., Esquire
Plaintiff's Attorney



## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

YOUNG WOMEN'S CHRISTIAN
ASSOCIATION OF ROCHESTER AND
MONROE COUNTY,

          Plaintiff,

          v.

HATTERAS FUNDS, LP, HATTERAS
INVESTMENT PARTNERS, LP, DAVID
B. PERKINS, H. ALEXANDER HOLMES,
STEVEN E. MOSS, GREGORY S.
SELLERS, THOMAS MANN,
BENEFICIENT, and BRADLEY K.
HEPPNER,

          Defendants,

          -and-

HATTERAS MASTER FUND, L.P., and
HATTERAS CORE ALTERNATIVES TEI
INSTITUTIONAL FUND, L.P.,

          Nominal Defendants.

C.A. No. 2024-1264-JTL

Summons
Pursuant to 10 *Del. C.* § 3104

**THE STATE OF DELAWARE**

**TO: SPECIAL PROCESS SERVER – DLS DISCOVERY, LLC:**

**YOU ARE COMMANDED:**

    To summon the above-named defendant, Beneficient, so that, within 20 days after service hereof upon said defendant, exclusive of the day of service, defendant shall serve upon William M. Alleman, Jr., Esquire, Plaintiff's counsel, whose address is 1143 Savannah Rd., Suite 3-A, Lewes, Delaware 19958, an answer to the verified derivative and class action complaint.

To serve upon defendant a copy hereof and of the complaint.

**TO THE ABOVE-NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated: December 11, 2024

_____
Register in Chancery

### IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

YOUNG WOMEN'S CHRISTIAN
ASSOCIATION OF ROCHESTER AND
MONROE COUNTY,

               Plaintiff,

         v.

HATTERAS FUNDS, LP, HATTERAS
INVESTMENT PARTNERS, LP, DAVID
B. PERKINS, H. ALEXANDER HOLMES,
STEVEN E. MOSS, GREGORY S.
SELLERS, THOMAS MANN,
BENEFICIENT, and BRADLEY K.
HEPPNER,

               Defendants,

      -and-

HATTERAS MASTER FUND, L.P., and
HATTERAS CORE ALTERNATIVES TEI
INSTITUTIONAL FUND, L.P.,

           Nominal Defendants.

C.A. No. 2024-1264-JTL

Summons
Pursuant to 10 *Del. C.* § 3104

### **SUMMONS**

Please effectuate service upon:

Bradley K. Heppner
112 North Curry Street
Carson City, NV 89703

Pursuant to 10 *Del. C.* § 3104

<u>SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER</u> –
**Via Certified Mail with return receipt requested**

<u>William M. Alleman, Jr., Esquire</u>
Plaintiff's Attorney



# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY, | |
| Plaintiff, | C.A. No. 2024-1264-JTL |
| v. | |
| HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER, | Summons Pursuant to 10 *Del. C.* § 3104 |
| Defendants, | |
| -and- | |
| HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., | |
| Nominal Defendants. | |

## THE STATE OF DELAWARE

## TO:   SPECIAL PROCESS SERVER – DLS DISCOVERY, LLC:

## YOU ARE COMMANDED:

To summon the above-named defendant, Beneficient, so that, within 20 days after service hereof upon said defendant, exclusive of the day of service, defendant shall serve upon William M. Alleman, Jr., Esquire, Plaintiff's counsel, whose address is 1143 Savannah Rd., Suite 3-A, Lewes, Delaware 19958, an answer to the verified derivative and class action complaint.

To serve upon defendant a copy hereof and of the complaint.

**TO THE ABOVE-NAMED DEFENDANT**:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated: December 11, 2024

_____
Register in Chancery

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

YOUNG WOMEN'S CHRISTIAN
ASSOCIATION OF ROCHESTER AND
MONROE COUNTY,

               Plaintiff,

         v.

HATTERAS FUNDS, LP, HATTERAS
INVESTMENT PARTNERS, LP, DAVID
B. PERKINS, H. ALEXANDER HOLMES,
STEVEN E. MOSS, GREGORY S.
SELLERS, THOMAS MANN,
BENEFICIENT, and BRADLEY K.
HEPPNER,

               Defendants,

       -and-

HATTERAS MASTER FUND, L.P., and
HATTERAS CORE ALTERNATIVES TEI
INSTITUTIONAL FUND, L.P.,

           Nominal Defendants.

C.A. No. 2024-1264-JTL

Summons
Pursuant to 10 *Del. C.* § 3104

## <u>SUMMONS</u>

Please effectuate service upon:

Beneficient
c/o Capitol Corporate Services, Inc., as registered agent
716 N. Carson St., #B
Carson City, NV 89701

Pursuant to 10 *Del. C.* § 3104

<u>SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER</u> –
**Via Certified mail with Return receipt requested**

<u>William M. Alleman, Jr., Esquire</u>
Plaintiff's Attorney

EFiled: Dec 12 2024 04:08PM EST
Transaction ID 75211265
Case No. 2024-1264-JTL



# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

|  |  |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY, | |
| Plaintiff, | C.A. No. 2024-1264-JTL |
| v. | |
| HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER, | Summons Pursuant to 6 *Del. C.* § 17-105 |
| Defendants, | |
| -and- | |
| HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., | |
| Nominal Defendants. | |

**THE STATE OF DELAWARE**

**TO:  SPECIAL PROCESS SERVER – DLS DISCOVERY, LLC:**

**YOU ARE COMMANDED**:

To summon the above-named defendant, Hatteras Core Alternatives TEI Institutional Fund, L.P. pursuant to 6 *Del. C.* § 17-105 so that, within 20 days after service hereof upon said defendant, exclusive of the day of service, defendants shall serve upon William M. Alleman, Jr., Esquire, Plaintiff's counsel, whose address is 1143 Savannah Rd., Suite 3-A, Lewes, Delaware 19958, an

answer to the verified derivative and class action complaint.

To serve upon defendant a copy hereof and a copy of the complaint.

**TO THE ABOVE-NAMED DEFENDANT**:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated: December 11 2024

_____
Register in Chancery

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY, | |
| Plaintiff, | C.A. No. 2024-1264-JTL |
| v. | |
| HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER, | Summons Pursuant to 6 *Del. C.* § 17-105 |
| Defendants, | |
| -and- | |
| HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., | |
| Nominal Defendants. | |

## <u>SUMMONS</u>

Please effectuate service upon:

Hatteras Core Alternatives TEI Institutional Fund, L.P.
   c/o The Corporation Trust Company, as registered agent
1209 Orange Street
Wilmington, DE 19801

Pursuant to 6 *Del. C.* § 17-105

<u>SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER</u> –
**DLS DISCOVERY, LLC**

<u>William M. Alleman, Jr., Esquire</u>
Plaintiff's Attorney

## AFFIDAVIT OF SERVICE

| Case:<br>2024-1264-JRL | Court:<br>IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE | County:<br>New Castle, DE | Job:<br>12326023 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY, | | Defendant / Respondent:<br>HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER, Defendants, -and- HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., Nominal Defendants. | |
| Received by:<br>DLS Discovery | | For:<br>Meluney Alleman & Spence | |
| To be served upon:<br>Hatteras Core Alternatives TEI Institutional Fund, L.P. c/o The Corporation Trust Company, | | | |

I, Zachary Robinson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Nadia Bellamy, 1209 North Orange Street, Wilmington, DE 19801
Manner of Service:   Registered Agent, Dec 12, 2024, 10:58 am EST
Documents:   Summons and Complaint, Verification, Supplemental Information Sheet, Summons Instruction Letter

Additional Comments:
1) Successful Attempt: Dec 12, 2024, 10:58 am EST at 1209 North Orange Street, Wilmington, DE 19801 received by Nadia Bellamy.

_____  Dec 12, 2024
Zachary Robinson              Date

DLS Discovery
824 N. Market Street Suite 108
Wilmington, DE 19801

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
Dec 12, 2024
Date                Commission Expires

JEFFREY A. LOW
MY COMMISSION
EXPIRES
JULY 30, 2025
NOTARY PUBLIC
STATE OF DELAWARE

EFiled: Dec 12 2024 04:09PM EST
Transaction ID 75211265
Case No. 2024-1264-JTL



# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

YOUNG WOMEN'S CHRISTIAN
ASSOCIATION OF ROCHESTER AND
MONROE COUNTY,

      Plaintiff,

      v.

HATTERAS FUNDS, LP, HATTERAS
INVESTMENT PARTNERS, LP, DAVID
B. PERKINS, H. ALEXANDER HOLMES,
STEVEN E. MOSS, GREGORY S.
SELLERS, THOMAS MANN,
BENEFICIENT, and BRADLEY K.
HEPPNER,

      Defendants,

      -and-

HATTERAS MASTER FUND, L.P., and
HATTERAS CORE ALTERNATIVES TEI
INSTITUTIONAL FUND, L.P.,

      Nominal Defendants.

C.A. No. 2024-1264-JTL

Summons
Pursuant to 6 *Del. C.* § 17-105

**THE STATE OF DELAWARE**

**TO:  SPECIAL PROCESS SERVER – DLS DISCOVERY, LLC:**

**YOU ARE COMMANDED**:

      To summon the above-named defendant Hatteras Investment Partners, LP, pursuant to 6 *Del. C.* § 17-105 so that, within 20 days after service hereof upon said defendant, exclusive of the day of service, defendant shall serve upon William M. Alleman, Jr., Esquire, Plaintiff's counsel, whose address is 1143 Savannah Rd., Suite 3-A, Lewes, Delaware 19958, an answer to the verified derivative and class action

complaint.

To serve upon defendant a copy hereof and a copy of the complaint.

**TO THE ABOVE-NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated: December 11 2024

_____
Register in Chancery

### IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY,<br><br>          Plaintiff,<br><br>          v.<br><br>HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER,<br><br>          Defendants,<br><br>          -and-<br><br>HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P.,<br><br>          Nominal Defendants. | C.A. No. 2024-1264-JTL<br><br><br>Summons<br>Pursuant to 6 *Del. C.* § 17-105 |

### <u>SUMMONS</u>

Please effectuate service upon:

Hatteras Investment Partners, LP
  c/o The Corporation Trust Company, as registered agent
1209 Orange Street
Wilmington, DE 19801

Pursuant to 6 *Del. C.* § 17-105

<u>SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER</u> –
**DLS DISCOVERY, LLC**

<u>William M. Alleman, Jr., Esquire</u>
Plaintiff's Attorney

## AFFIDAVIT OF SERVICE

| Case:<br>2024-1264-JRL | Court:<br>IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE | County:<br>New Castle, DE | Job:<br>12326023 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY, | | **Defendant / Respondent:**<br>HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER, Defendants, -and- HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., Nominal Defendants. | |
| **Received by:**<br>DLS Discovery | | **For:**<br>Meluney Alleman & Spence | |
| **To be served upon:**<br>Hatteras Investment Partners, LP, c/o The Corporation Trust Company, | | | |

I, Zachary Robinson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Nadia Bellamy, 1209 North Orange Street, Wilmington, DE 19801
**Manner of Service:**  Registered Agent, Dec 12, 2024, 10:58 am EST
**Documents:**  Summons and Complaint, Verification, Supplemental Information Sheet, Summons Instruction Letter

**Additional Comments:**
1) Successful Attempt: Dec 12, 2024, 10:58 am EST at 1209 North Orange Street, Wilmington, DE 19801 received by Nadia Bellamy.

_____    Dec 12, 2024
Zachary Robinson                              **Date**

DLS Discovery
824 N. Market Street Suite 108
Wilmington, DE 19801

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public
Dec 12, 2024

**Date**                                    **Commission Expires**

JEFFREY A. LOW
MY COMMISSION
EXPIRES
JULY 30, 2025
NOTARY PUBLIC
STATE OF DELAWARE

EFiled: Dec 12 2024 04:09PM EST
Transaction ID 75211265
Case No. 2024-1264-JTL



# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY, | |
| Plaintiff, | C.A. No. 2024-1264-JTL |
| v. | |
| HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER, | Summons Pursuant to 6 *Del. C.* § 17-105 |
| Defendants, | |
| -and- | |
| HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., | |
| Nominal Defendants. | |

**THE STATE OF DELAWARE**

**TO:  SPECIAL PROCESS SERVER – DLS DISCOVERY, LLC:**

**YOU ARE COMMANDED**:

    To summon the above-named defendant, Hatteras Master Fund, L.P. pursuant to 6 *Del. C.* § 17-105 so that, within 20 days after service hereof upon said defendant, exclusive of the day of service, defendants shall serve upon William M. Alleman, Jr., Esquire, Plaintiff's counsel, whose address is 1143 Savannah Rd., Suite 3-A, Lewes, Delaware 19958, an answer to the derivative and

class action complaint.

To serve upon defendant a copy hereof and a copy of the complaint.

**TO THE ABOVE-NAMED DEFENDANT**:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated: _December 11_, 2024

_____
Register in Chancery

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

YOUNG WOMEN'S CHRISTIAN
ASSOCIATION OF ROCHESTER AND
MONROE COUNTY,

               Plaintiff,

       v.

HATTERAS FUNDS, LP, HATTERAS
INVESTMENT PARTNERS, LP, DAVID
B. PERKINS, H. ALEXANDER HOLMES,
STEVEN E. MOSS, GREGORY S.
SELLERS, THOMAS MANN,
BENEFICIENT, and BRADLEY K.
HEPPNER,

               Defendants,

       -and-

HATTERAS MASTER FUND, L.P., and
HATTERAS CORE ALTERNATIVES TEI
INSTITUTIONAL FUND, L.P.,

           Nominal Defendants.

C.A. No. 2024-1264-JTL

Summons
Pursuant to 6 *Del. C.* § 17-105

## <u>SUMMONS</u>

Please effectuate service upon:

Hatteras Master Fund, L.P.
   c/o The Corporation Trust Company, as registered agent
1209 Orange Street
Wilmington, DE 19801
Pursuant to 6 *Del. C.* § 17-105

<u>SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER</u> –
**DLS DISCOVERY, LLC**

<u>William M. Alleman, Jr., Esquire</u>
Plaintiff's Attorney

## AFFIDAVIT OF SERVICE

| Case:<br>2024-1264-JRL | Court:<br>IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE | County:<br>New Castle, DE | Job:<br>12326023 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY, | | Defendant / Respondent:<br>HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER, Defendants, -and- HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., Nominal Defendants. | |
| Received by:<br>DLS Discovery | | For:<br>Meluney Alleman & Spence | |
| To be served upon:<br>Hatteras Master Fund, L.P. c/o The Corporation Trust Company, | | | |

I, Zachary Robinson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Nadia Bellamy, 1209 North Orange Street, Wilmington, DE 19801
**Manner of Service:**   Registered Agent, Dec 12, 2024, 10:58 am EST
**Documents:**   Summons and Complaint, Verification, Supplemental Information Sheet, Summons Instruction Letter

**Additional Comments:**
1) Successful Attempt: Dec 12, 2024, 10:58 am EST at 1209 North Orange Street, Wilmington, DE 19801 received by Nadia Bellamy.

_____     Dec 12, 2024
Zachary Robinson                     **Date**

DLS Discovery
824 N. Market Street Suite 108
Wilmington, DE 19801

Subscribed and sworn to before me by the affiant who is personally known to me

_____
Notary Public
Dec 12, 2024
**Date**

Commission Expires

JEFFREY A. LOW
MY COMMISSION
EXPIRES
JULY 30, 2025
NOTARY PUBLIC
STATE OF DELAWARE



EFiled: Dec 12 2024 04:09PM EST
Transaction ID 75211265
Case No. 2024-1264-JTL

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

YOUNG WOMEN'S CHRISTIAN
ASSOCIATION OF ROCHESTER AND
MONROE COUNTY,

           Plaintiff,

      v.

HATTERAS FUNDS, LP, HATTERAS
INVESTMENT PARTNERS, LP, DAVID
B. PERKINS, H. ALEXANDER HOLMES,
STEVEN E. MOSS, GREGORY S.
SELLERS, THOMAS MANN,
BENEFICIENT, and BRADLEY K.
HEPPNER,

           Defendants,

     -and-

HATTERAS MASTER FUND, L.P., and
HATTERAS CORE ALTERNATIVES TEI
INSTITUTIONAL FUND, L.P.,

          Nominal Defendants.

C.A. No. 2024-1264-JTL

Summons
Pursuant to 6 *Del. C.* § 17-109

**THE STATE OF DELAWARE**

**TO:  SPECIAL PROCESS SERVER – DLS DISCOVERY, LLC:**

**YOU ARE COMMANDED**:

    To summon the above-named individual defendants, David B. Perkins, H. Alexander
Holmes, Steven E. Moss, Gregory S. Sellers, and Thomas Mann pursuant to 6 *Del. C.* § 17-109
through service upon Hatteras Core Alternatives TEI Institutional Fund, L.P., a Delaware limited
partnership, by serving its registered agent Corporation Trust Company, which is designated for
service of process in Delaware, so that, within the time permitted by 6 *Del. C.* § 17-109, exclusive

of the day of service, defendants shall serve upon William M. Alleman, Jr., Esquire, Plaintiff's counsel, whose address is 1143 Savannah Rd., Suite 3-A, Lewes, Delaware 19958, an answer to the verified derivative class action complaint.

To serve upon defendants a copy hereof, a copy of 6 *Del. C.* § 17-109, and a copy of the complaint.

**TO THE ABOVE-NAMED DEFENDANTS:**

In case of your failure, within the time permitted by 6 *Del. C.* § 17-109 *, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default may be rendered against you for the relief demanded in the complaint.

Dated: December 1.1. 2024

_____
Register in Chancery

*The text of 6 *Del. C.* § 17-109 is set out at the bottom of this Summons

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

YOUNG WOMEN'S CHRISTIAN
ASSOCIATION OF ROCHESTER AND
MONROE COUNTY,

              Plaintiff,

        v.

HATTERAS FUNDS, LP, HATTERAS
INVESTMENT PARTNERS, LP, DAVID
B. PERKINS, H. ALEXANDER HOLMES,
STEVEN E. MOSS, GREGORY S.
SELLERS, THOMAS MANN,
BENEFICIENT, and BRADLEY K.
HEPPNER,

           Defendants,

       -and-

HATTERAS MASTER FUND, L.P., and
HATTERAS CORE ALTERNATIVES TEI
INSTITUTIONAL FUND, L.P.,

          Nominal Defendants.

C.A. No. 2024-1264-JTL

Summons
Pursuant to 6 *Del. C.* § 17-109

## <u>SUMMONS</u>

Please effectuate service upon:

David B. Perkins
H. Alexander Holmes
Steven E. Moss
Gregory S. Sellers
Thomas Mann

c/o The Corporation Trust Company, as registered agent for
      Hatteras Core Alternatives TEI Institutional Fund, L.P.
1209 Orange Street
Wilmington, DE 19801

Pursuant to 6 *Del. C.* § 17-109

## SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER – DLS DISCOVERY, LLC

## William M. Alleman, Jr., Esquire
Plaintiff's Attorney

**§ 17-109. Service of process on partners and liquidating trustees.**

(a) A general partner or a liquidating trustee of a limited partnership may be served with process in the manner prescribed in this section in all civil actions or proceedings brought in the State of Delaware involving or relating to the business of the limited partnership or a violation by the general partner or the liquidating trustee of a duty to the limited partnership, or any partner of the limited partnership, whether or not the general partner or the liquidating trustee is a general partner or a liquidating trustee at the time suit is commenced. The filing in the Office of the Secretary of State of a certificate of limited partnership executed, and the execution thereof, by a resident or nonresident of the State of Delaware which names such person as a general partner or a liquidating trustee of a limited partnership, or the acceptance by a general partner or a liquidating trustee after August 1, 1999, of election or appointment as a general partner or a liquidating trustee of a limited partnership, or a general partner or a liquidating trustee of a limited partnership serving in such capacity after August 1, 1999, constitute such person's consent to the appointment of the registered agent of the limited partnership (or, if there is none, the Secretary of State) as such person's agent upon whom service of process may be made as provided in this section. Such execution and filing, or such acceptance or service, shall signify the consent of such general partner or liquidating trustee that any process when so served shall be of the same legal force and validity as if served upon such general partner or liquidating trustee within the State of Delaware and such appointment of the registered agent (or, if there is none, the Secretary of State) shall be irrevocable.

(b) Service of process shall be effected by serving the registered agent (or, if there is none, the Secretary of State) with 1 copy of such process in the manner provided by law for service of writs of summons. In the event service is made under this subsection upon the Secretary of State, the plaintiff shall pay to the Secretary of State the sum of $50 for the use of the State of Delaware, which sum shall be taxed as part of the costs of the proceeding if the plaintiff shall prevail therein. In addition, the Prothonotary or the Register in Chancery of the court in which the civil action or proceeding is pending shall, within 7 days of such

service, deposit in the United States mails, by registered mail, postage prepaid, true and attested copies of the process, together with a statement that service is being made pursuant to this section, addressed to such general partner or liquidating trustee at the same address that appears in the certificate of limited partnership of the limited partnership, or, if no such address appears, at his or her address last known to the party desiring to make such service.

(c) In any action in which any such general partner or liquidating trustee has been served with process as hereinabove provided, the time in which a defendant shall be required to appear and file a responsive pleading shall be computed from the date of mailing by the Prothonotary or the Register in Chancery as provided in subsection (b) of this section; however, the Court in which such action has been commenced may order such continuance or continuances as may be necessary to afford such general partner or liquidating trustee reasonable opportunity to defend the action.

(d) In a written partnership agreement or other writing, a partner may consent to be subject to the nonexclusive jurisdiction of the courts of, or arbitration in, a specified jurisdiction, or the exclusive jurisdiction of the courts of the State of Delaware, or the exclusivity of arbitration in a specified jurisdiction or the State of Delaware, and to be served with legal process in the manner prescribed in such partnership agreement or other writing. Except by agreeing to arbitrate any arbitrable matter in a specified jurisdiction or in the State of Delaware, a limited partner may not waive its right to maintain a legal action or proceeding in the courts of the State of Delaware with respect to matters relating to the organization or internal affairs of a limited partnership.

(e) Nothing herein contained limits or affects the right to serve process in any other manner now or hereafter provided by law. This section is an extension of and not a limitation upon the right otherwise existing of service of legal process upon nonresidents.

(f) The Court of Chancery and the Superior Court may make all necessary rules respecting the form of process, the manner of issuance and return thereof and such other rules which may be necessary to implement this section and are not inconsistent with this section.

## AFFIDAVIT OF SERVICE

| Case: 2024-1264-JRL | Court: IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE | County: New Castle, DE | Job: 12326061 |
|---|---|---|---|
| Plaintiff / Petitioner: YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY, | | Defendant / Respondent: HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICENT, and BRADLEY K. HEPPNER, Defendants, -and- HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., Nominal Defendants. | |
| Received by: DLS Discovery | | For: Meluney Alleman & Spence | |
| To be served upon: David B. Perkins H. Alexander Holmes Steven E. Moss Gregory S. Sellers Thomas Mann through Hatteras Core Alternatives TEI Institutional Fund, L.P c/o The Corporation Trust Company | | | |

I, Zachary Robinson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:    Nadia Bellamy, 1209 North Orange Street, Wilmington, DE 19801
Manner of Service:    Registered Agent, Dec 12, 2024, 11:03 am EST
Documents:    Summons and Complaint, Verification, Supplemental Information Sheet, Summons instruction Letter

Additional Comments:
1) Successful Attempt: Dec 12, 2024, 11:03 am EST at 1209 North Orange Street, Wilmington, DE 19801 received by Nadia Bellamy.

_____    Dec 12, 2024
Zachary Robinson    Date

DLS Discovery
824 N. Market Street Suite 108
Wilmington, DE 19801

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
Dec 12, 2024
Date    Commission Expires

JEFFREY A. LOW
MY COMMISSION
EXPIRES
JULY 30, 2025
NOTARY PUBLIC
STATE OF DELAWARE

EFiled: Dec 12 2024 04:09PM EST
Transaction ID 75211265
Case No. 2024-1264-JTL



# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

YOUNG WOMEN'S CHRISTIAN
ASSOCIATION OF ROCHESTER AND
MONROE COUNTY,

        Plaintiff,

      v.

HATTERAS FUNDS, LP, HATTERAS
INVESTMENT PARTNERS, LP, DAVID
B. PERKINS, H. ALEXANDER HOLMES,
STEVEN E. MOSS, GREGORY S.
SELLERS, THOMAS MANN,
BENEFICIENT, and BRADLEY K.
HEPPNER,

        Defendants,

      -and-

HATTERAS MASTER FUND, L.P., and
HATTERAS CORE ALTERNATIVES TEI
INSTITUTIONAL FUND, L.P.,

        Nominal Defendants.

C.A. No. 2024-1264-JTL

Summons
Pursuant to 6 *Del. C.* § 17-109

**THE STATE OF DELAWARE**

**TO:  SPECIAL PROCESS SERVER – DLS DISCOVERY, LLC:**

**YOU ARE COMMANDED**:

    To summon the above-named individual defendants, David B. Perkins, H. Alexander Holmes, Steven E. Moss, Gregory S. Sellers, and Thomas Mann pursuant to 6 *Del. C.* § 17-109 through service upon Hatteras Master Fund, L.P. a Delaware limited partnership, by serving its registered agent Corporation Trust Company, which is designated for service of process in Delaware, so that, within the time permitted by 6 *Del. C.* § 17-109, exclusive of the day of service,

defendants shall serve upon William M. Alleman, Jr., Esquire, Plaintiff's counsel, whose address is 1143 Savannah Rd., Suite 3-A, Lewes, Delaware 19958, an answer to the verified derivative class action complaint.

To serve upon defendants a copy hereof, a copy of 6 *Del. C.* § 17-109, and a copy of the complaint.

**TO THE ABOVE-NAMED DEFENDANTS**:

In case of your failure, within the time permitted by 6 *Del. C.* § 17-109 *, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default may be rendered against you for the relief demanded in the complaint.

Dated: December 11, 2024

_____
Register in Chancery

*The text of 6 *Del. C.* § 17-109 is set out at the bottom of this Summons

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY, | |
| Plaintiff, | C.A. No. 2024-1264-JTL |
| v. | |
| HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER, | Summons Pursuant to 6 *Del. C.* § 17-109 |
| Defendants, | |
| -and- | |
| HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., | |
| Nominal Defendants. | |

### <u>SUMMONS</u>

Please effectuate service upon:

David B. Perkins
H. Alexander Holmes
Steven E. Moss
Gregory S. Sellers
Thomas Mann

c/o The Corporation Trust Company, as registered agent for
      Hatteras Master Fund, L.P.
1209 Orange Street
Wilmington, DE 19801

Pursuant to 6 *Del. C.* § 17-109

<u>SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER</u> –
**DLS DISCOVERY, LLC**

<u>William M. Alleman, Jr., Esquire</u>
Plaintiff's Attorney

**§ 17-109. Service of process on partners and liquidating trustees.**

(a) A general partner or a liquidating trustee of a limited partnership may be served with process in the manner prescribed in this section in all civil actions or proceedings brought in the State of Delaware involving or relating to the business of the limited partnership or a violation by the general partner or the liquidating trustee of a duty to the limited partnership, or any partner of the limited partnership, whether or not the general partner or the liquidating trustee is a general partner or a liquidating trustee at the time suit is commenced. The filing in the Office of the Secretary of State of a certificate of limited partnership executed, and the execution thereof, by a resident or nonresident of the State of Delaware which names such person as a general partner or a liquidating trustee of a limited partnership, or the acceptance by a general partner or a liquidating trustee after August 1, 1999, of election or appointment as a general partner or a liquidating trustee of a limited partnership, or a general partner or a liquidating trustee of a limited partnership serving in such capacity after August 1, 1999, constitute such person's consent to the appointment of the registered agent of the limited partnership (or, if there is none, the Secretary of State) as such person's agent upon whom service of process may be made as provided in this section. Such execution and filing, or such acceptance or service, shall signify the consent of such general partner or liquidating trustee that any process when so served shall be of the same legal force and validity as if served upon such general partner or liquidating trustee within the State of Delaware and such appointment of the registered agent (or, if there is none, the Secretary of State) shall be irrevocable.

(b) Service of process shall be effected by serving the registered agent (or, if there is none, the Secretary of State) with 1 copy of such process in the manner provided by law for service of writs of summons. In the event service is made under this subsection upon the Secretary of State, the plaintiff shall pay to the Secretary of State the sum of $50 for the use of the State of Delaware, which sum shall be taxed as part of the costs of the proceeding if the plaintiff shall prevail therein. In addition, the Prothonotary or the Register in Chancery of the court in which the civil action or proceeding is pending shall, within 7 days of such

service, deposit in the United States mails, by registered mail, postage prepaid, true and attested copies of the process, together with a statement that service is being made pursuant to this section, addressed to such general partner or liquidating trustee at the same address that appears in the certificate of limited partnership of the limited partnership, or, if no such address appears, at his or her address last known to the party desiring to make such service.

(c) In any action in which any such general partner or liquidating trustee has been served with process as hereinabove provided, the time in which a defendant shall be required to appear and file a responsive pleading shall be computed from the date of mailing by the Prothonotary or the Register in Chancery as provided in subsection (b) of this section; however, the Court in which such action has been commenced may order such continuance or continuances as may be necessary to afford such general partner or liquidating trustee reasonable opportunity to defend the action.

(d) In a written partnership agreement or other writing, a partner may consent to be subject to the nonexclusive jurisdiction of the courts of, or arbitration in, a specified jurisdiction, or the exclusive jurisdiction of the courts of the State of Delaware, or the exclusivity of arbitration in a specified jurisdiction or the State of Delaware, and to be served with legal process in the manner prescribed in such partnership agreement or other writing. Except by agreeing to arbitrate any arbitrable matter in a specified jurisdiction or in the State of Delaware, a limited partner may not waive its right to maintain a legal action or proceeding in the courts of the State of Delaware with respect to matters relating to the organization or internal affairs of a limited partnership.

(e) Nothing herein contained limits or affects the right to serve process in any other manner now or hereafter provided by law. This section is an extension of and not a limitation upon the right otherwise existing of service of legal process upon nonresidents.

(f) The Court of Chancery and the Superior Court may make all necessary rules respecting the form of process, the manner of issuance and return thereof and such other rules which may be necessary to implement this section and are not inconsistent with this section.

### AFFIDAVIT OF SERVICE

| Case:<br>2024-1264-JRL | Court:<br>IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE | County:<br>New Castle, DE | Job:<br>12326081 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY, | | **Defendant / Respondent:**<br>HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER, Defendants, -and- HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., Nominal Defendants. | |
| **Received by:**<br>DLS Discovery | | **For:**<br>Meluney Alleman & Spence | |
| **To be served upon:**<br>David B. Perkins H. Alexander Holmes Steven E. Moss Gregory S. Sellers Thomas Mann through Hatteras Master Fund, L.P c/o The Corporation Trust Company | | | |

I, Zachary Robinson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Nadia Bellamy, 1209 North Orange Street, Wilmington, DE 19801

**Manner of Service:**  Registered Agent, Dec 12, 2024, 11:05 am EST

**Documents:**  Summons and Complaint, Verification, Supplemental Information Sheet, Summons Instruction Letter

**Additional Comments:**
1) Successful Attempt: Dec 12, 2024, 11:05 am EST at 1209 North Orange Street, Wilmington, DE 19801 received by Nadia Bellamy.

_____     Dec 12, 2024
Zachary Robinson                        **Date**

DLS Discovery
824 N. Market Street Suite 108
Wilmington, DE 19801

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
Dec 12, 2024
**Date**                                 Commission Expires

JEFFREY A. LOW
MY COMMISSION
EXPIRES
JULY 30, 2025
NOTARY PUBLIC
STATE OF DELAWARE



EFiled: Dec 23 2024 02:19PM EST
Transaction ID 75296260
Case No. 2024-1264-JTL

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

YOUNG WOMEN'S CHRISTIAN
ASSOCIATION OF ROCHESTER AND
MONROE COUNTY,

        Plaintiff,

        v.

HATTERAS FUNDS, LP, HATTERAS
INVESTMENT PARTNERS, LP, DAVID
B. PERKINS, H. ALEXANDER HOLMES,
STEVEN E. MOSS, GREGORY S.
SELLERS, THOMAS MANN,
BENEFICIENT, and BRADLEY K.
HEPPNER,

        Defendants,

        -and-

HATTERAS MASTER FUND, L.P., and
HATTERAS CORE ALTERNATIVES TEI
INSTITUTIONAL FUND, L.P.,

        Nominal Defendants.

C.A. No. 2024-1264-JTL

Summons
Pursuant to 10 *Del. C.* § 3104

## THE STATE OF DELAWARE

## TO:  SPECIAL PROCESS SERVER – DLS DISCOVERY, LLC:

## YOU ARE COMMANDED:

To summon the above-named defendant, Bradley K. Heppner, so that, within 20 days after service hereof upon said defendant, exclusive of the day of service, defendant shall serve upon William M. Alleman, Jr., Esquire, Plaintiff's counsel, whose address is 1143 Savannah Rd., Suite 3-A, Lewes, Delaware 19958, an answer to the verified derivative class action complaint.

To serve upon defendant a copy hereof and of the complaint.

TO THE ABOVE-NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated: December 11, 2024

Register in Chancery

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY, | |
| Plaintiff, | C.A. No. 2024-1264-JTL |
| v. | |
| HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER, | Summons Pursuant to 10 *Del. C.* § 3104 |
| Defendants, | |
| -and- | |
| HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., | |
| Nominal Defendants. | |

## <u>SUMMONS</u>

Please effectuate service upon:

Bradley K. Heppner
112 North Curry Street
Carson City, NV 89703

Pursuant to 10 *Del. C.* § 3104

<u>SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER</u> –
**DLS DISCOVERY, LLC**

<u>William M. Alleman, Jr., Esquire</u>
Plaintiff's Attorney

**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER,<br><br>Defendants,<br><br>-and-<br><br>HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P.,<br><br>Nominal Defendants | C.A. No. 2024-1264-JTL<br><br><br><br>Summons<br>Pursuant to 10 Del. C. § 3104 |

**AFFIDAVIT OF SERVICE**

I, David Crosby, being duly sworn, depose and say:

1. I am employed by DLS Discovery, LLC, the noticing agent for a party in the above-captioned case, and I am not less than 18 years of age or a party to the above-captioned case; and

2. On December 19th, 2024, I caused a true and correct copy of the following documents to be served upon the parties on the attached service list via FedEx:

**SUMMONS**

**SUPPLEMENTAL INFORMATION PURSUANT TO RULE 3(A) OF THE RULES OF THE COURT OF CHANCERY**

**AFFIDAVIT AND VERIFICATION OF MYRA HENRY
ON BEHALF OF YOUNG WOMEN'S CHRISTIAN ASSOCIATION
OF ROCHESTER AND MONROE COUNTY IN SUPPORT OF
VERIFIED DERIVATIVE AND CLASS ACTION COMPLAINT**


**VERIFIED DERIVATIVE AND CLASS ACTION COMPLAINT**

David Crosby _____

SWORN TO AND SUBSCRIBED before me this 19th day of December 2024

NOTARY PUBLIC _____

JEFFREY A. LOW
MY COMMISSION
EXPIRES
JULY 30, 2025
NOTARY PUBLIC
STATE OF DELAWARE

## **FedEx Service List**

Bradley K. Heppner
112 North Curry Street
Carson City, NV 89703

Beneficient
c/o Capitol Corporate Services, Inc., as registered agent
716 N. Carson St., #B
Carson City, NV 89701

**Tracking ID**     770909059948

**From**     Meluney Allman & Spence
1143 Savannah Road
Suite 3-A
LEWES, DE, US
19958

**To**     Bradley K. Heppner
112 North Curry Street
CARSON CITY, NV, US
89703

**Ship date**     Thu 12/19/2024 06:18 PM

**Number of pieces**     1

**Total shipment weight**     0.50 LB

December 23, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 770909059948

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | K.Kennsen | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | CARSON CITY, NV, |
| | | **Delivery date:** | Dec 20, 2024 10:08 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 770909059948 | **Ship Date:** | Dec 19, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

CARSON CITY, NV, US,

**Shipper:**

LEWES, DE, US,

**Reference**            2132-00001

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx

EFiled: Dec 23 2024 02:19PM EST
Transaction ID 75296260
Case No. 2024-1264-JTL



# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

YOUNG WOMEN'S CHRISTIAN
ASSOCIATION OF ROCHESTER AND
MONROE COUNTY,

       Plaintiff,

       v.

HATTERAS FUNDS, LP, HATTERAS
INVESTMENT PARTNERS, LP, DAVID
B. PERKINS, H. ALEXANDER HOLMES,
STEVEN E. MOSS, GREGORY S.
SELLERS, THOMAS MANN,
BENEFICIENT, and BRADLEY K.
HEPPNER,

       Defendants,

       -and-

HATTERAS MASTER FUND, L.P., and
HATTERAS CORE ALTERNATIVES TEI
INSTITUTIONAL FUND, L.P.,

       Nominal Defendants.

C.A. No. 2024-1264-JTL

Summons
Pursuant to 10 *Del. C.* § 3104

**THE STATE OF DELAWARE**

**TO: SPECIAL PROCESS SERVER – DLS DISCOVERY, LLC:**

**YOU ARE COMMANDED**:

    To summon the above-named defendant, Beneficient, so that, within 20 days after service hereof upon said defendant, exclusive of the day of service, defendant shall serve upon William M. Alleman, Jr., Esquire, Plaintiff's counsel, whose address is 1143 Savannah Rd., Suite 3-A, Lewes, Delaware 19958, an answer to the verified derivative and class action complaint.

To serve upon defendant a copy hereof and of the complaint.

TO THE ABOVE-NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated: **December 11**, 2024

Register in Chancery

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY, | |
| Plaintiff, | C.A. No. 2024-1264-JTL |
| v. | |
| HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER, | Summons Pursuant to 10 *Del. C.* § 3104 |
| Defendants, | |
| -and- | |
| HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., | |
| Nominal Defendants. | |

## <u>SUMMONS</u>

Please effectuate service upon:

Beneficient
c/o Capitol Corporate Services, Inc., as registered agent
716 N. Carson St., #B
Carson City, NV 89701

Pursuant to 10 *Del. C.* § 3104

<u>SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER</u> –
**Via Certified mail with Return receipt requested**

<u>William M. Alleman, Jr., Esquire</u>
Plaintiff's Attorney

**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY,<br><br>          Plaintiff,<br><br>     v.<br><br>HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER,<br><br>         Defendants,<br><br>     -and-<br><br>HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P.,<br><br>        Nominal Defendants | C.A. No. 2024-1264-JTL<br><br><br><br>Summons<br>Pursuant to 10 Del. C. § 3104 |

**AFFIDAVIT OF SERVICE**

I, David Crosby, being duly sworn, depose and say:

1. I am employed by DLS Discovery, LLC, the noticing agent for a party in the above-captioned case, and I am not less than 18 years of age or a party to the above-captioned case; and

2. On December 19th, 2024, I caused a true and correct copy of the following documents to be served upon the parties on the attached service list via FedEx:

**SUMMONS**

**SUPPLEMENTAL INFORMATION PURSUANT TO RULE 3(A) OF THE RULES OF THE COURT OF CHANCERY**

**AFFIDAVIT AND VERIFICATION OF MYRA HENRY
ON BEHALF OF YOUNG WOMEN'S CHRISTIAN ASSOCIATION
OF ROCHESTER AND MONROE COUNTY IN SUPPORT OF
VERIFIED DERIVATIVE AND CLASS ACTION COMPLAINT**


**VERIFIED DERIVATIVE AND CLASS ACTION COMPLAINT**

David Crosby _____

SWORN TO AND SUBSCRIBED before me this 19th day of December 2024

NOTARY PUBLIC _____

JEFFREY A. LOW
MY COMMISSION
EXPIRES
JULY 30, 2025
NOTARY PUBLIC
STATE OF DELAWARE

## **FedEx Service List**

Bradley K. Heppner
112 North Curry Street
Carson City, NV 89703

Beneficient
c/o Capitol Corporate Services, Inc., as registered agent
716 N. Carson St., #B
Carson City, NV 89701

# Tracking details

| | |
|---|---|
| **Tracking ID** | **770909147914** |
| **From** | Meluney Allman & Spence<br>1143 Savannah Road<br>Suite 3-A<br>LEWES, DE, US<br>19958 |
| **To** | c/o Capitol Corporate Services, Inc<br>716 N. Carson St., #B<br>CARSON CITY, NV, US<br>89701 |
| **Ship date** | Thu 12/19/2024 06:18 PM |
| **Number of pieces** | 1 |
| **Total shipment weight** | 0.50 LB |

December 23, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 770909147914

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | S.Hert | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | CARSON CITY, NV, |
| | | **Delivery date:** | Dec 20, 2024 10:46 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 770909147914 | **Ship Date:** | Dec 19, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

CARSON CITY, NV, US,

**Shipper:**

LEWES, DE, US,

**Reference**          2132-00001

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx

EFiled: Jan 02 2025 01:22PM EST
Transaction ID 75360277
Case No. 2024-1264-JTL

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| Young Women's Christian Association of Rochester and Monroe County,<br><br>       Plaintiff,<br>v.<br><br>Hatteras Funds, LP, Hatteras Investment Partners, LP, David B. Perkins, H. Alexander Holmes, Steven E. Moss, Gregory S. Sellers, Thomas Mann, Beneficient, and Bradley K. Heppner,<br><br>       Defendants,<br>and<br><br>Hatteras Master Fund, L.P., and Hatteras Core Alternatives TEI Institutional Fund, L.P.,<br><br>       Nominal Defendants. | C.A. 2024-1264-JTL |

REGISTER'S CERTIFICATE

    I, Tamara Burton, Court Administrator, do hereby CERTIFY, that I mailed Certified Copies of the

complaint, a copy of the Summons and letter to each named defendant at their last known address (if one

was given) as well as the principal place of business of Hatteras Mater Fund, 8510 Colonnade Center

Drive, Suite 150, Raleigh, NC 27615 by registered mail, return receipt requested.



CA 2024-1264-JTL
Cert - $250.00
Letter - $100.00
Reg. Cert. - $25.00
Postage - $258.50

    IN TESTIMONY WHEREOF, I have

hereunto set my hand and affixed the

Seal of this Court at Wilmington, this

_____2ND_____ day of January 2025,

_____
Court Administrator



OFFICE OF THE REGISTER IN CHANCERY
COURT OF CHANCERY
OF THE
STATE OF DELAWARE

Leonard L. Williams
Justice Center
500 N. King Street
Suite 11600
Wilmington, DE 19801

302-255-0544
FAX: 302-255-2213

David B. Perkins
c/o Hatteras Master Fund
8510 Colonnade Center Drive, Suite 150
Raleigh, NC 27615

      RE:  Civil Action #2024-1264-JTL
      Young Women's Christian Association of Rochester and Monroe
      County v. Hatteras Funds, LP

Dear Sir or Madam:

Service of the enclosed true and attested copy of process is made pursuant to 6 Del. C.
Sec. 17-109.

Very truly yours,

*Tamara N. Burton*

Tamara N. Burton

Date: _December 31, 2024_



OFFICE OF THE REGISTER IN CHANCERY
COURT OF CHANCERY
OF THE
STATE OF DELAWARE

Leonard L. Williams
Justice Center
500 N. King Street
Suite 11600
Wilmington, DE 19801

302-255-0544
FAX: 302-255-2213

H. Alexander Holmes
c/o Hatteras Master Fund
8510 Colonnade Center Drive, Suite 150
Raleigh, NC 27615

     RE:  Civil Action #2024-1264-JTL
     Young Women's Christian Association of Rochester and Monroe
     County v. Hatteras Funds, LP

Dear Sir or Madam:

Service of the enclosed true and attested copy of process is made pursuant to 6 Del. C. Sec. 17-109.

Very truly yours,

*Tamara N. Burton*

Tamara N. Burton

Date: December 31, 2024



OFFICE OF THE REGISTER IN CHANCERY
COURT OF CHANCERY
OF THE
STATE OF DELAWARE

Leonard L. Williams
Justice Center
500 N. King Street
Suite 11600
Wilmington, DE 19801

302-255-0544
FAX: 302-255-2213

Steven E. Moss
c/o Hatteras Master Fund
8510 Colonnade Center Drive, Suite 150
Raleigh, NC 27615

     RE:  Civil Action #2024-1264-JTL
     Young Women's Christian Association of Rochester and Monroe
     County v. Hatteras Funds, LP

Dear Sir or Madam:

Service of the enclosed true and attested copy of process is made pursuant to 6 Del. C. Sec. 17-109.

Very truly yours,

*Tamara N Burton*

Tamara N. Burton

Date: *December 31, 2024*



OFFICE OF THE REGISTER IN CHANCERY
COURT OF CHANCERY
OF THE
STATE OF DELAWARE

Leonard L. Williams
Justice Center
500 N. King Street
Suite 11600
Wilmington, DE 19801

302-255-0544
FAX: 302-255-2213

Gregory S. Sellers
c/o Hatteras Master Fund
8510 Colonnade Center Drive, Suite 150
Raleigh, NC 27615

      RE:  Civil Action #2024-1264-JTL
      Young Women's Christian Association of Rochester and Monroe
      County v. Hatteras Funds, LP

Dear Sir or Madam:

Service of the enclosed true and attested copy of process is made pursuant to 6 Del. C. Sec. 17-109.

Very truly yours,

Tamara N. Burton

Date: December 31, 2024



OFFICE OF THE REGISTER IN CHANCERY
COURT OF CHANCERY
OF THE
STATE OF DELAWARE

Leonard L. Williams
Justice Center
500 N. King Street
Suite 11600
Wilmington, DE 19801

302-255-0544
FAX: 302-255-2213

Thomas Mann
c/o Hatteras Master Fund
8510 Colonnade Center Drive, Suite 150
Raleigh, NC 27615

  RE:  Civil Action #2024-1264-JTL
  Young Women's Christian Association of Rochester and Monroe
  County v. Hatteras Funds, LP

Dear Sir or Madam:

Service of the enclosed true and attested copy of process is made pursuant to 6 Del. C. Sec. 17-109.

Very truly yours,

*Tamara N. Burton*

Tamara N. Burton

Date: December 31, 2024



OFFICE OF THE REGISTER IN CHANCERY
COURT OF CHANCERY
OF THE
STATE OF DELAWARE

Leonard L. Williams
Justice Center
500 N. King Street
Suite 11600
Wilmington, DE 19801

302-255-0544
FAX: 302-255-2213

David B. Perkins
8510 Colonnade Center Drive, Suite 150
Raleigh, NC 27615

      RE:  Civil Action #2024-1264-JTL
      Young Women's Christian Association of Rochester and Monroe
      County v. Hatteras Funds, LP

Dear Sir or Madam:

Service of the enclosed true and attested copy of process is made pursuant to 6 Del. C.
Sec. 17-109.

Very truly yours,

Tamara N. Burton

Date: December 31, 2024



OFFICE OF THE REGISTER IN CHANCERY
COURT OF CHANCERY
OF THE
STATE OF DELAWARE

Leonard L. Williams
Justice Center
500 N. King Street
Suite 11600
Wilmington, DE 19801

302-255-0544
FAX: 302-255-2213

H. Alexander Holmes
8510 Colonnade Center Drive, Suite 150
Raleigh, NC 27615

  RE:  Civil Action #2024-1264-JTL
  Young Women's Christian Association of Rochester and Monroe
  County v. Hatteras Funds, LP

Dear Sir or Madam:

Service of the enclosed true and attested copy of process is made pursuant to 6 Del. C. Sec. 17-109.

Very truly yours,

*Tamara N. Burton*

Tamara N. Burton

Date: December 31 2024



OFFICE OF THE REGISTER IN CHANCERY
COURT OF CHANCERY
OF THE
STATE OF DELAWARE

Leonard L. Williams
Justice Center
500 N. King Street
Suite 11600
Wilmington, DE 19801

302-255-0544
FAX: 302-255-2213

Steven E. Moss
8510 Colonnade Center Drive, Suite 150
Raleigh, NC 27615

     RE: Civil Action #2024-1264-JTL
     Young Women's Christian Association of Rochester and Monroe
     County v. Hatteras Funds, LP

Dear Sir or Madam:

Service of the enclosed true and attested copy of process is made pursuant to 6 Del. C.
Sec. 17-109.

Very truly yours,

*Tamara N. Burton*

Tamara N. Burton

Date: December 31, 2024



OFFICE OF THE REGISTER IN CHANCERY
COURT OF CHANCERY
OF THE
STATE OF DELAWARE

Leonard L. Williams
Justice Center
500 N. King Street
Suite 11600
Wilmington, DE 19801

302-255-0544
FAX: 302-255-2213


Gregory S. Sellers
8510 Colonnade Center Drive, Suite 150
Raleigh, NC 27615

      RE:  Civil Action #2024-1264-JTL
      Young Women's Christian Association of Rochester and Monroe
      County v. Hatteras Funds, LP


Dear Sir or Madam:

Service of the enclosed true and attested copy of process is made pursuant to 6 Del. C. Sec. 17-109.


Very truly yours,

*Tamara N Burton*

Tamara N. Burton


Date: *December 31, 2024*



OFFICE OF THE REGISTER IN CHANCERY
COURT OF CHANCERY
OF THE
STATE OF DELAWARE

Leonard L. Williams
Justice Center
500 N. King Street
Suite 11600
Wilmington, DE 19801

302-255-0544
FAX: 302-255-2213

Thomas Mann
8510 Colonnade Center Drive, Suite 150
Raleigh, NC 27615

     RE:  Civil Action #2024-1264-JTL
     Young Women's Christian Association of Rochester and Monroe
     County v. Hatteras Funds, LP

Dear Sir or Madam:

Service of the enclosed true and attested copy of process is made pursuant to 6 Del. C. Sec. 17-109.

Very truly yours,

*Tamara N. Burton*

Tamara N. Burton

Date: *December 31, 2024*

EFiled: Dec 06 2024 06:16PM EST
Transaction ID 75160494
Case No. 2024-1264-

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

YOUNG WOMEN'S CHRISTIAN
ASSOCIATION OF ROCHESTER AND
MONROE COUNTY,

        Plaintiff,

       v.

HATTERAS FUNDS, LP, HATTERAS
INVESTMENT PARTNERS, LP, DAVID
B. PERKINS, H. ALEXANDER HOLMES,
STEVEN E. MOSS, GREGORY S.
SELLERS, THOMAS MANN,
BENEFICIENT, and BRADLEY K.
HEPPNER,

        Defendants,

      -and-

HATTERAS MASTER FUND, L.P., and
HATTERAS CORE ALTERNATIVES TEI
INSTITUTIONAL FUND, L.P.,

        Nominal Defendants.

C.A. No. 2024-\_\_\_\_\_-\_\_\_\_\_

### STATEMENT PURSUANT TO RULE 4(e)(2)

Plaintiff, by their undersigned attorneys, hereby states, pursuant to Court of

Chancery Rule 4(e)(2) and 6 *Del. C.* 17-109, that:

1.　　Nominal Defendant Hatteras Master Fund, L.P. ("Hatteras Master

Fund") is a limited partnership organized under the laws of the State of Delaware.

Hatteras Master Fund's principal place of business is 8510 Colonnade Center Drive, Suite 150, Raleigh, NC 27615.

2.      The Registered Agent of Hatteras Master Fund is Corporation Trust Company, which is located in New Castle County, at 1209 Orange Street, Wilmington, DE 19801.

3.      Nominal Defendant Hatteras Core Alternatives TEI Institutional Fund, L.P. ("TEI Institutional Fund," and together with Hatteras Master Fund, the "Nominal Defendants") is a limited partnership organized under the laws of the State of Delaware. TEI Institutional Fund's principal place of business is 8510 Colonnade Center Drive, Suite 150, Raleigh, NC 27615.

4.      The Registered Agent of TEI Institutional Fund is Corporation Trust Company, which is located in New Castle County, at 1209 Orange Street, Wilmington, DE 19801.

5.      The Nominal Defendants are being served contemporaneously with the Court's acceptance of the filing of Plaintiff's Complaint and issuance of a summons.

6.      Upon information and belief, Defendant David B. Perkins is, or previously served as, a director of each of the Nominal Defendants and/or participated materially in the management of the Nominal Defendants.

7.      Upon information and belief, the last known address of David B. Perkins is 8510 Colonnade Center Drive, Suite 150, Raleigh, NC 27615.

8.    Upon information and belief, Defendant H. Alexander Holmes is, or previously served as, a director of each of the Nominal Defendants and/or participated materially in the management of the Nominal Defendants.

9.    Upon information and belief, the last known address of H. Alexander Holmes is 8510 Colonnade Center Drive, Suite 150, Raleigh, NC 27615..

10.    Upon information and belief, Defendant Steven E. Moss is, or previously served as, a director of each of the Nominal Defendants and/or participated materially in the management of the Nominal Defendants.

11.    Upon information and belief, the last known address of Steven E. Moss is 8510 Colonnade Center Drive, Suite 150, Raleigh, NC 27615.

12.    Upon information and belief, Defendant Gregory S. Sellers is, or previously served as, a director of each of the Nominal Defendants and/or participated materially in the management of the Nominal Defendants.

13.    Upon information and belief, the last known address of Gregory S. Sellers is 8510 Colonnade Center Drive, Suite 150, Raleigh, NC 27615.

14.    Upon information and belief, Defendant Thomas Mann is, or previously served as, a director of each of the Nominal Defendants and/or participated materially in the management of the Nominal Defendants.

15.    Upon information and belief, the last known address of Thomas Mann is 8510 Colonnade Center Drive, Suite 150, Raleigh, NC 27615.

Date: December 6, 2024                     **MELUNEY ALLEMAN & SPENCE, LLC**

                                          */s/ William M. Alleman, Jr.*
                                          William M. Alleman, Jr. (#5449)
                                          Sean A. Meluney (#5514)
                                          Matthew D. Beebe (#5980)
                                          1143 Savannah Rd., Suite 3-A
                                          Lewes, DE 19958
                                          (302) 551-6740
                                          bill.alleman@maslawde.com
                                          sean.meluney@maslawde.com
                                          matt.beebe@maslade.com

                                          *Counsel to Plaintiff*

**UNITED STATES POSTAL SERVICE ®**

**Firm Mailing Book For Accountable Mail**

**Name and Address of Sender**

REGISTER IN CHANCERY
500 N. KING ST.
SUITE 11600
WILMINGTON, DE 19801-3735

Check type of mail or service:
- ☐ Priority Mail
- ☐ Insured Mail
- ☐ Collect on Delivery (COD)
- ☐ Certified Mail Restricted Delivery
- ☐ Certified Mail
- ☐ Adult Signature Restricted Delivery
- ☐ Adult Signature Required
- ☐ Priority Mail Express
- ☒ Registered Mail
- ☑ Return Receipt for Merchandise
- ☐ Signature Confirmation
- ☐ Signature Confirmation Restricted Delivery

**Affix Stamp Here**
(for additional copies of this receipt).
*Postmark with Date of Receipt.*

| | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | RE 367 909 670 US | David B. Perkins c/o Hatteras Master Fund 8510 Colonnade Center Drive, Suite 150 Raleigh NC 27615 | | | | | | | | | | | | | |
| 2. | RE 367 909 683 US | H. Alexander Holmes c/o Hatteras Master Fund 8510 Colonnade Center Drive, Suite 150 Raleigh NC 27615 | | | | | | | | | | | | | |
| 3. | RE 367 909 697 US | Steven E. Moss c/o Hatteras Master Fund 8510 Colonnade Center Drive, Suite 150 Raleigh NC 27615 | | | | | | | | | | | | | |
| 4. | RE 367 909 706 US | Gregory S. Sellers c/o Hatteras Master Fund 8510 Colonnade Center Drive, Suite 150 Raleigh NC 27615 | | | | | | | | | | | | | |
| 5. | RE 367 909 710 US | Thomas Mann c/o Hatteras Master Fund 8510 Colonnade Center Drive, Suite 150 Raleigh NC 27615 | $3.15 | $18.60 | | Vove | | | | | | $4.10 | | | |
| 6. | | CA 2024-1064-STL | | | | | | | | | | | | | |
| 7. | | pursuant to | | | | | | | | | | | | | |
| 8. | all mailings | | | | | | | | | | | | | |

Handling Charge - if Registered and over $50,000 in value

$25.85

**Total Number of Pieces Listed by Sender** 5

**Total Number of Pieces Received at Post Office** 5

6 Reg. Cate

12-100

pursuant to

Postmaster, Per (Name of receiving employee)

**Completed in Ink**

DEC 31 2024

PS Form **3877**, January 2017 (Page 1 of 2)
PSN 7530-02-000-9098

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

**UNITED STATES POSTAL SERVICE®**

**Firm Mailing Book For Accountable Mail**

**Name and Address of Sender**

REGISTER IN CHANCERY
500 N. KING ST.
SUITE 11600
WILMINGTON, DE 19801-3735

**Check type of mail or service:**

- [ ] Adult Signature Required
- [ ] Adult Signature Restricted Delivery
- [ ] Certified Mail
- [ ] Certified Mail Restricted Delivery
- [ ] Collect on Delivery (COD)
- [ ] Insured Mail
- [ ] Priority Mail
- [ ] Priority Mail Express
- [x] Registered Mail
- [x] Return Receipt for Merchandise
- [ ] Signature Confirmation
- [ ] Restricted Delivery

Affix Stamp Here
(for additional copies of this receipt)
*Postmark with Date of Receipt.*

DEC 31 2024

| | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | RE 367 909 723 US | David B. Perkins CA 2024-1206C-JTL | $3.15 | $18.60 | | Nove | | | | | | $4.10 | | | |
| 2. | RE 367 909 737 US | H. Alexander Holmes, Raleigh NC 27615 | | | | | | | | | | | | | |
| 3. | RE 367 909 745 US | Steven E. Moss, 8510 Colonnade Center Drive, Suite 150, Raleigh NC 27615 | | | | | | | | | | | | | |
| 4. | RE 367 909 754 US | Gregory S. Sellers, 8510 Colonnade Center Drive, Suite 150, Raleigh NC 27615 | | | | | | | | | | | | | |
| 5. | RE 367 909 768 US | Thomas Mann, 8510 Colonnade Center Drive, Suite 150, Raleigh NC 27615 | | | | | | | | | | | | | |
| 6. | | 8510 Colonnade Center Drive, Suite 150, Raleigh NC 27615 | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | |

Handling Charge - if Registered and over $50,000 in value

Adult Signature Required
Adult Signature Restricted Delivery
Restricted Delivery
Return Receipt
Signature Confirmation
Signature Confirmation Restricted Delivery
Special Handling

$25.85

All mailings pursuant to
Le Del Code
Sect 17-109

Complete In Ink

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) |
|---|---|---|
| 5 | 5 | Jenn |

PS Form 3877, January 2017 (Page 1 of 2)
PSN 7530-02-000-9096

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

**EFiled: Jan 02 2025 03:10PM EST**
**Transaction ID 75361418**
**Case No. 2024-1264-JTL**

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE CO <br><br> Plaintiffs, <br><br> v. <br><br> HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER, <br><br> Defendants, <br><br> -and- <br><br> HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., <br><br> Nominal Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)       C.A. No. 2024-1264-JTL |

## <u>NOTICE OF APPEARANCE</u>

PLEASE ENTER the appearance of Scott J. Leonhardt as counsel for Nominal Defendants Hatteras Master Fund, L.P., and Hatteras Core Alternatives TEI Institutional Fund, L.P. in the above captioned matter.

Dated: January 2, 2025

**ESBROOK P.C.**

*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (4885)
1000 N. West Street
Suite 1200
Wilmington, DE 19801
(302) 650-7540
Scott.leonhardt@esbrook.com

*Attorney for Nominal Defendants*
*Hatteras Master Fund, L.P., and*
*Hatteras Core Alternatives TEI*
*Institutional Fund, L.P.*

2

**EFiled: Jan 02 2025 04:06PM EST**
**Transaction ID 75362612**
**Case No. 2024-1264-JTL**

**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

|  |  |  |
|---|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE CO | ) ) ) ) |  |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) | C.A. No. 2024-1264-JTL |
| HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER, | ) ) ) ) ) ) ) ) ) ) ) |  |
| Defendants, | ) ) |  |
| -and- | ) ) |  |
| HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., | ) ) ) ) |  |
| Nominal Defendants. | ) ) ) |  |

## <u>ENTRY OF APPEARANCE</u>

PLEASE ENTER THE APPEARANCE of Elena C. Norman and Richard J. Thomas of the law firm of Young Conaway Stargatt & Taylor, LLP, on behalf of Defendants Hatteras Funds, LP, Hatteras Investment Partners, LP, and David B. Perkins in the above-captioned action.

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

OF COUNSEL:

**PARKER POE**

Melanie B. Dubis
Corri Hopkins
301 Fayetteville Street
Suite 1400
Raleigh, NC 27601
(919) 835-4017

*/s/ Richard J. Thomas*
Elena. C Norman (#4780)
Richard J. Thomas (#5073)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
enorman@ycst.com
rthomas@ycst.com

*Attorneys for Defendants Hatteras Funds,*
*LP, Hatteras Investment Partners, LP,*
*and David B. Perkins*

Dated:  January 2, 2025

2

**EFiled: Jan 02 2025 04:06PM EST**
**Transaction ID 75362612**
**Case No. 2024-1264-JTL**

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

|  |  |  |
|---|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE CO | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 2024-1264-JTL |
| HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER, | ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) ) | |
| -and- | ) ) | |
| HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P., | ) ) ) ) | |
| Nominal Defendants. | ) ) ) | |

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO VERIFIED COMPLAINT

WHEREAS, on December 6, 2024, Plaintiff Young Women's Christian Association of Rochester and Monroe County ("Plaintiff") filed a Verified Complaint (the "Complaint") against, among others, defendants Hatteras Funds, LP, Hatteras Investment Partners, LP, and David B. Perkins and nominal defendants

Hatteras Master Fund, L.P. and Hatteras Core Alternatives TEI Institutional Fund, L.P. (collectively, "Defendants") in the above-captioned Action (the "Action");

WHEREAS, Defendants have requested an extension of 30 days to answer, move, or otherwise respond to the Complaint, to which Plaintiff has agreed;

IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, as follows:

1.    Defendants shall answer or otherwise respond to the Complaint on or before February 3, 2025.

2.    To the extent Defendants move to dismiss the Complaint, Defendants will also file any opening brief in support of their motion on or before February 3, 2025, and will not assert insufficient process or insufficient service of process as a basis for such motion.

3.    Except as expressly set forth herein, the Parties reserve all rights, claims, defenses, and arguments.

2

Dated:  January 2, 2025

OF COUNSEL:

**MORRIS KANDINOV LLP**
Aaron T. Morris
Andrew W. Robertson
William H. Spruance (#7118)
305 Broadway, 7th Floor
New York, NY 10007
(212) 431-7473

**MELUNEY ALLEMAN
  & SPENCE, LLC.**

*/s/ William M. Alleman, Jr.*
William M. Alleman, Jr. (#5449)
Sean A. Meluney (#5514)
Matthew D. Beebe (#5980)
1143 Savannah Road, Suite 3-A
Lewes, DE 19958
(302) 551-6740
bill.alleman@maslawde.com
sean.meluney@maslawde.com
matt.beebe@maslawde.com

*Counsel for Plaintiff*

**YOUNG CONAWAY STARGATT
  & TAYLOR LLP**

OF COUNSEL:

**PARKER POE**

Melanie B. Dubis
Corri Hopkins
301 Fayetteville Street
Suite 1400
Raleigh, NC 27601
(919) 835-4017

*/s/ Richard J. Thomas*
Elena. C Norman (#4780)
Richard J. Thomas (#5073)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
enorman@ycst.com
rthomas@ycst.com

*Attorneys for Defendants Hatteras
Funds, LP, Hatteras Investment
Partners, LP, and David B. Perkins*

3

**ESBROOK P.C.**

OF COUNSEL:                          */s/ Scott J. Leonhardt*
                                     Scott J. Leonhardt (#4885)
**BROOKS, PIERCE, MCLENDON,**        1000 N. West Street
**HUMPHREY & LEONARD, LLP**          Suite 1200
Jennifer K. Van Zant                 Wilmington, DE 19801
Clint S. Morse                       (302) 650-7540
Greg Gaught                          Scott.leonhardt@esbrook.com
150 Fayetteville Street
Suite 1700                           *Attorneys for Nominal Defendants*
Raleigh, NC 27601                    *Hatteras Master Fund, L.P., and*
(919) 882-2528                       *Hatteras Core Alternatives TEI*
                                     *Institutional Fund, L.P.*


SO ORDERED this _____ day of _____, 2025.


_____
Vice Chancellor J. Travis Laster

4

**GRANTED**

EFiled: Jan 03 2025 02:50PM EST
Transaction ID 75370553
~~Case No. 2024-1264-JTL~~

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

|  |  |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE CO<br><br>Plaintiffs,<br><br>v.<br><br>HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER,<br><br>Defendants,<br><br>-and-<br><br>HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P.,<br><br>Nominal Defendants. | C.A. No. 2024-1264-JTL |

### STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO VERIFIED COMPLAINT

WHEREAS, on December 6, 2024, Plaintiff Young Women's Christian Association of Rochester and Monroe County ("Plaintiff") filed a Verified Complaint (the "Complaint") against, among others, defendants Hatteras Funds, LP, Hatteras Investment Partners, LP, and David B. Perkins and nominal defendants

Hatteras Master Fund, L.P. and Hatteras Core Alternatives TEI Institutional Fund, L.P. (collectively, "Defendants") in the above-captioned Action (the "Action");

WHEREAS, Defendants have requested an extension of 30 days to answer, move, or otherwise respond to the Complaint, to which Plaintiff has agreed;

IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, as follows:

1.      Defendants shall answer or otherwise respond to the Complaint on or before February 3, 2025.

2.      To the extent Defendants move to dismiss the Complaint, Defendants will also file any opening brief in support of their motion on or before February 3, 2025, and will not assert insufficient process or insufficient service of process as a basis for such motion.

3.      Except as expressly set forth herein, the Parties reserve all rights, claims, defenses, and arguments.

Dated: January 2, 2025

OF COUNSEL:

**MORRIS KANDINOV LLP**
Aaron T. Morris
Andrew W. Robertson
William H. Spruance (#7118)
 305 Broadway, 7th Floor
 New York, NY 10007
(212) 431-7473

**MELUNEY ALLEMAN**
 **& SPENCE, LLC.**

*/s/ William M. Alleman, Jr.*
William M. Alleman, Jr. (#5449)
Sean A. Meluney (#5514)
Matthew D. Beebe (#5980)
1143 Savannah Road, Suite 3-A
Lewes, DE 19958
(302) 551-6740
bill.alleman@maslawde.com
sean.meluney@maslawde.com
matt.beebe@maslawde.com

*Counsel for Plaintiff*

**YOUNG CONAWAY STARGATT**
 **& TAYLOR LLP**

*/s/ Richard J. Thomas*
Elena. C Norman (#4780)
Richard J. Thomas (#5073)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
enorman@ycst.com
rthomas@ycst.com

OF COUNSEL:

**PARKER POE**

Melanie B. Dubis
Corri Hopkins
301 Fayetteville Street
Suite 1400
Raleigh, NC 27601
(919) 835-4017

*Attorneys for Defendants Hatteras*
*Funds, LP, Hatteras Investment*
*Partners, LP, and David B. Perkins*

**ESBROOK P.C.**

OF COUNSEL:                              */s/ Scott J. Leonhardt*

                                         Scott J. Leonhardt (#4885)
**BROOKS, PIERCE, MCLENDON,**            1000 N. West Street
**HUMPHREY & LEONARD, LLP**              Suite 1200
Jennifer K. Van Zant                     Wilmington, DE 19801
Clint S. Morse                           (302) 650-7540
Greg Gaught                              Scott.leonhardt@esbrook.com
150 Fayetteville Street
Suite 1700                               *Attorneys for Nominal Defendants*
Raleigh, NC 27601                        *Hatteras Master Fund, L.P., and*
(919) 882-2528                           *Hatteras Core Alternatives TEI*
                                         *Institutional Fund, L.P.*


SO ORDERED this _____ day of _____, 2025.


                              _____
                              Vice Chancellor J. Travis Laster


4

| This document constitutes a ruling of the court and should be treated as such. |
|---|

| | |
|---|---|
| **Judge:** | J Travis Laster |
| **Alternate Judge:** | Unassigned |
| **File & Serve Transaction ID:** | 75362612 |
| **Current Date:** | Jan 03, 2025 |
| **Case Number:** | 2024-1264-JTL |
| **Case Name:** | Young Women's Christian Association of Rochester and Monroe County v. Hatteras Funds, LP |
| **Court Authorizer:** | J Travis Laster |

**/s/ Judge J Travis Laster**