# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF ROCHESTER AND MONROE COUNTY,<br><br>    Plaintiff,<br><br>  v.<br><br>HATTERAS FUNDS, LP, HATTERAS INVESTMENT PARTNERS, LP, DAVID B. PERKINS, H. ALEXANDER HOLMES, STEVEN E. MOSS, GREGORY S. SELLERS, THOMAS MANN, BENEFICIENT, and BRADLEY K. HEPPNER,<br><br>    Defendants,<br><br>  -and-<br><br>HATTERAS MASTER FUND, L.P., and HATTERAS CORE ALTERNATIVES TEI INSTITUTIONAL FUND, L.P.,<br><br>    Nominal Defendants. | Civil Action No. 25-44-CFC<br><br>Removed from the Court of Chancery of the State of Delaware |

## JOINT STIPULATION AND [PROPOSED] ORDER
## REGARDING REMAND AND SCHEDULING

WHEREAS, on December 6, 2024, Plaintiff Young Women's Christian Association of Rochester and Monroe County ("Plaintiff") filed a Verified Derivative and Class Action Complaint (the "Complaint") in the Court of Chancery

of the State of Delaware against Defendants Hatteras Funds, LP, Hatteras Investment Partners, LP ("HIP"), David B. Perkins, H. Alexander Holmes, Steven E. Moss, Gregory S. Sellers, Thomas Mann, Beneficient, and Bradley K. Heppner (collectively, "Defendants"), and Nominal Defendants Hatteras Master Fund, L.P. and Hatteras Core Alternatives TEI Institutional Fund, L.P (the "Funds") (together with Plaintiff and Defendants, the "Parties");

WHEREAS, on January 10, 2025, Defendants HIP and Perkins filed a Notice of Removal, removing the action to this Court pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1453(b), and 28 U.S.C. § 1332(d), which provides for federal jurisdiction over certain class action lawsuits;

WHEREAS, on January 28, 2025, Plaintiff filed its Verified Amended Derivative Complaint (the "Amended Complaint"), which continues to assert the derivative claims asserted in the Complaint (Counts I-VII) but no longer asserts the class action claim (formerly Count VIII); and

WHEREAS, with the elimination of the class action claim, CAFA no longer applies, and the removing defendants did not assert any other basis for federal jurisdiction over this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1. The action shall be remanded to the Court of Chancery of the State of Delaware for all further proceedings.

2. Defendants shall have until March 3, 2025, to answer, move, or otherwise respond to the Amended Complaint.

3. If Defendants move to dismiss the Amended Complaint, they shall file their opening brief(s) in support of the motion(s) to dismiss concurrently with the motion(s).

| | |
|---|---|
| OF COUNSEL: | /s/ William M. Alleman, Jr. |
| | William M. Alleman, Jr. (#5449) |
| Aaron T. Morris | MELUNEY ALLEMAN & SPENCE LLC |
| Andrew W. Robertson | 1143 Savannah Road, Suite 3-A |
| William H Spruance III (#7118) | Lewes, DE 19958 |
| MORRIS KANDINOV LLP | (302) 551-6740 |
| 305 Broadway, 7th Floor | |
| New York, NY 10007 | *Counsel for Plaintiff* |

| | |
|---|---|
| OF COUNSEL: | /s/ Richard J. Thomas |
| | Richard J. Thomas (#5073) |
| Melanie B. Dubis | Elena C. Norma (#4780) |
| Corri Hopkins | YOUNG CONAWAY STARGATT & |
| PARKER POE | TAYLOR LLP |
| 301 Fayetteville Street, Suite 1400 | 1000 North King Street |
| Raleigh, NC 27601 | Wilmington, DE 19801 |
| | |
| | *Counsel for Defendants Hatteras Funds, LP, Hatteras Investment Partners, LP, and David B. Perkins* |

/s/ Ellis H. Huff
Stephen C. Norman (#2686)
Ellis H. Huff (#6825)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

*Counsel for Defendants Beneficient and Bradley K. Heppner*

/s/ Scott J. Leonhardt
Scott J. Leonhardt (#4885)
ESBROOK P.C.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

*Counsel for Nominal Defendants Hatteras Master Fund, L.P. and Hatteras Core Alternatives TEI Institutional Fund, L.P.*

/s/ Stephen P. Brauerman
Stephen P. Brauerman (#4952)
BAYARD, PA
500 N. King Street, Suite 400
Wilmington, DE 19801

*Counsel for Defendants H. Alexander Holmes, Steven E. Moss, Gregory S. Sellers, and Thomas Mann*

Dated: February 4, 2025

IT IS SO ORDERED this 5th day of February, 2025.

_____
Chief Judge Colm F. Connolly
United States District Court for the District of Delaware